Rueein, Judge..
 

 The,case of
 
 Shepherd
 
 v.
 
 Lane
 
 is decisive of the present. The new matter shown here, that the defendant knew, the writ was not signed by the clerk himself, but by the attorney in the clerk’s name, does not distinguish.it. For the court say, that the recognition by the sheriff, could not give a character to the instrument, which-it did not in itself possess. And whether this recognition was given under a mistake of the fact, or in disregard of the law, the plaintiff can take no advantage of it.
 

 The direct authority of
 
 Shepherd
 
 v.
 
 Lane
 
 is imperative upon the court. It would be so with me, did I, as an individual, retain ever so strongly the opinion given by me upon the trial of that cause on the circuit. A point
 
 *55
 
 of this sort must be considered as settled by a decision of this court, upon full argument.
 

 Per Curiam.. — Jubgmert aeeirmed.